NUMBER 13-05-433-CV

 

                         COURT OF APPEALS

 

               THIRTEENTH DISTRICT OF TEXAS

 

                  CORPUS CHRISTI - EDINBURG 

___________________________________________________________________

 

CITY OF DALLAS,                                                    Appellant,

 

                                           v.

 

GREG
ABBOTT, ATTORNEY GENERAL OF TEXAS,           Appellee.

___________________________________________________________________

 

                  On appeal from the 201st
District Court

                            of Travis
County, Texas.

___________________________________________________________________

 

                     MEMORANDUM OPINION

 

               Before Justices
Rodriguez, Castillo, and Garza

Memorandum
Opinion Per Curiam

 








Appellant, CITY
OF DALLAS, perfected an appeal from a judgment entered by the 201st
District Court of Travis County, Texas, in cause number GV401287.  After the record
was filed, appellant filed an unopposed 
motion to dismiss the appeal.  In
the motion, appellant states that the documents at issue in this open records
case have been released to the public information requestor and the controversy
is now moot.  Appellant requests that
this Court dismiss the appeal as moot.

The Court, having
considered the documents on file and appellant=s unopposed motion to dismiss the appeal, is of
the opinion that the motion should be granted. 
Appellant=s unopposed motion to
dismiss is granted, and the appeal is hereby DISMISSED AS MOOT.

PER CURIAM

Memorandum Opinion delivered and filed 

this the 10th day of November, 2005.